RECEIVED IN
The Court of Appeals
Sixth District

AUG 2 0 2015

Texarkana, Texas
Debra Autrey, Clerk

**APPELLATE CASE NUMBER 06-15-0026-CV**
**TRIAL COURT CASE NUMBER 80896**

FILED IN
The Court of Appeals
Sixth District

AUG 2 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

**ROBERT YURIK**      **PLANTIFF**

**VS.**

**STONERIDGE LIVE INSURANC COMPANY**

     **AND**

**ERNISTINE PHILLIPS**      **DEFENDANTS**

THIS DOCUMENT AND ITS CONTENTS SHALL SERVE AS A PRO SE
APPEALLATE BRIEF WITH REGARD TO THE ABOE REFERENCED CASE
NUMBER(S). ERNESTINE PHILLIPS , THE DEFENDANT IN THE APPELLATE
PHASE OF THIS CASE (DEFENDANT, IS SUBMITTING THE ARGUMENT OF
THE APPEAL AS PRO SE)

# TABLE OF CONTENTS

1. STATEMENT OF FACTS
2. ARGUMENT
3. CONCLUSION
4. CERTIFICATION OF SERVICE
5. ATTACHMENTS/EVIDENCE

# STATEMENT OF FACTS

THIS CASE WAS BROUGHT BEFORE THE HUNT COUNTY, TEXAS COURT SYSTEM AS A RESULT OF A DISPUTE BY ROBERT YURIK TO THE DECISION BY STONEBRIDGE LIFE INSURANCE COMPANY REGARD THE PAYOUT OF THE LIFE INSURANCE POLICY NUMBER 72L4794438 FOR DARLENE TRAINOR.

THE DECISION OF JUDGE ANDREW BENCH, 196TH DUDICIAL DISTRICT COUNT IN HUNT COUNTY, WAS TO PAY THE REMAINING AMOUNT OF THE $5000.0 DUE TO EARNEST PHILLIPSM, THE MOST RECENT BENEFICIARY ON RECORD WITH STONEBRIDGE LIFE INSURANCE COMPANY.

MS PHILLIPS MAINTAINS THE OPINION THAT, THE ALL THREE DOCUMENTS SIGNED BY DARLENE TRAINOR ARE VALID AND ACCEPTABLE.

SEVERAL AREAS OF THE FORM WERE DISCUSSED:

THE SIGNAUTURES WERE REVIEWED BY JUDGE BENCH AND IT WAS DETERMINED THAT ALL SIGNATURES WERE THE SAME AND ACCEPTED BY THE INSURANCE COMPANY.

THE DATES WERE LISTED ON THE FINAL DOCUMENT WAS NEVER IN QUESTION, JUST THE SIGNATURES. MR. YURIK PROVIDED NOT DOCUMENTATION THAT FINAL SIGNATURE WAS NOT DARLENE TRAINOR'S.

DARLENE TRAINOR HAD TO CALL THE INSURANCE COMPANY DIRECT TO GET THE FORM TO CHANGE THE BENEFICIARIES , AS SEEN BY THE DATES THAT THE INSURANCE COMPANY SENT THE FORM TO DARLENE TAINOR. ALSO NOTE THAT ERNESTINE PHILLIPS WAS ON THE PREVIOUS BENEFICIARY CHANGE AFTER THE DEATH OF HER HUSBAND, THAT A CLEAR INDICATOR OF HER INTENT TO CHANGE HER BENEFICIARY.

THE DECISION TO PAY THE LAST RECORDED BENEFICIARY WAS ENTERED BY THE COURT.

THESE FACTS AS SUBMITTED ARE ENTERED INTO THE FORMAL TRANSCRIPT OF TRIAL CASE NUMBER 80896.

## ARGUMENT

THE BENEFICIARY CHANGE FORM IS AN INSTRUMENT TO RECORD CHANGES MADE TO THE LIFE INSURANCE POLICY, BUT EQUALLY AS INPORTANT, TO DETERMINE WHEN THOSE CHANGES SHOULD BE ENFORCED.

IN THIS CASE, MR. YURIK CLAIMED THAT THE BENEIFICARY DOCUMENTS HAD BEEN FORGED. JUDGE BENCH REVIEWED THE DOCUMENTS THAT WERE PROVIDED INTO EVIDENCE TO THE COURT. JUDGE BENCH QUESTIONED THE PLANTIFF AND THE DEFENDANT. (THE DOCUMENTS THAT WERE PROVIDED TO JUDGE BENCH HAVE BEEN ATTACHED TO THIS DOCUMENT)

AFTER REVIEW OF THE DOCUMENTS JUDGE BENCH RULED THAT THE SIGNAURES AND THE HANDWRITING ON ALL OF THE DOCUMENTS WERE IN FACT DARLENE TRAINOR'S AND THERE WAS NOT FORGED SIGNATURES. AT THAT TIME JUDGE BENCH RULED THAT THE LAST BENEFICIARY CHANGE SHOULD BE UP HELD AND RULED IN FAVOR OF THE DEFENDANT ERNESTINE PHILLIPS.

## CONCLUSION

THE DEFENDANT, ERNESTINE PHILLIPS, REQUESTS THAT THIS COURT UP HOLD THE FINAL JUDGEMENT ENTERED BY THE TRIAL JUDGE ANDREW BENCH AND ENTER ORDERS TO VALIDATE THE MOST RECENT BENEFICIARY CHANGE FORM ENTERED INTO RECORD BY STONBRIDGE LIFE INSURANCE COMPANY.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HAS BEEN FUNISHED TO STONEBRIDGE
LIFE INSURANCE COMPAN AND ROBERT YURIK BY MAIL DELIVERY ON
AUGUST 19, 2015

ERNSTINE PHILLIPS
104 MEADOW DR.
CONVERSE, TX 78109

BY: *Ernestine Phillips*
ERNESTINE PHILLIPS

**STONEBRIDGE LIFE**
Insurance Company
2700 West Plano Parkway • Plano, Texas 75075-8200

BEST AVAILABLE POOR QUALITY OR DAMAGED ORIGINAL

*[handwritten top right]* Darlene
My phone is
903-886.6594
Sister is 903 886 3766

March 30, 2004

**Important Insurance Information: Open Immediately**
DARLENE INEZ TRAINOR
1004 JERNIGAN ST
COMMERCE TX 75428

*[stamp]* ACTION COMPLETED
APR 2 0 2004
ADMINISTRATIVE SUPPORT

Policy/Certificate Number: 72L4784438    On the Life of: DARLENE INEZ TRAINOR

Dear DARLENE INEZ TRAINOR

In order to change the beneficiary of your policy/certificate, please provide the information requested below, make a copy of this form for your records, and return the completed form.

**BENEFICIARY CHANGE REQUEST**
I, the undersigned policyowner, do hereby request the Company to revoke all prior beneficiary designations and optional methods of settlement, if any, and change the beneficiary of said policy as follows:   Primary Beneficiary (or Beneficiaries), if living:

| Name | Relationship | Street Address, City, State, Zip |
|---|---|---|
| Robert Yurik | Boyfriend | 1004 Jernigan St. Commerce Tx 75428 |
| Ernestine phillips | Sister | 2665 Fm 2068 Klondike Texas |

Otherwise to Contingent Beneficiary (or Beneficiaries)    NO

The provisions in the Beneficiary Change take precedence over any printed provisions in the policy which establish a beneficiary. Unless otherwise provided above, the proceeds shall be paid in a lump sum. When more than one primary beneficiary is named, payment shall be made share and share alike, to survivors or survivor, unless otherwise provided above. This also applies when more than one Contingent Beneficiary is named. If no beneficiary survives the insured, the policy proceeds will be paid to the insured's estate. I hereby request, and by recording this instrument the Company hereby agrees, that any provision of the policy requiring the policy to be submitted to the Company for endorsement of change of beneficiary thereon be waived. The designation of the new beneficiary (or beneficiaries) shall become effective as of the date of the request for such change, provided, however, the request must be first received and recorded by the Company. Any payment made by the Company prior to such receipt and recording shall constitute proper, valid and absolute payment and shall discharge the Company from liability. If a trust or trustee beneficiary is named, the Company may make payment to the trust or the trustee without having to determine whether a trust is in effect, and shall not be required to look after the application of the proceeds in the hands of the trust or the trustee.

I understand that this Beneficiary Change, after it has been recorded by the Company, will take effect as of the date I signed the request. I further understand and agree that any payment made prior to the receipt and recording of this Beneficiary Change will be affected.

| Signature of Primary Insured | Date | Signature of Spouse | Date |
|---|---|---|---|
| Darlene Trainor | 04,05 | NANE | 040,5 |

APR 1 2 2004

C829



**STONEBRIDGE LIFE**
Insurance Company

2700 West Plano Parkway • Plano, Texas 75075-8200

December 03, 2002

DARLENE INEZ TRAINOR
11542 RANCH LANE LOT86
FREDRICKSBURG VA 22407

Policy/Certificate Number: 72L4794438    On the Life of: DARLENE INEZ TRAINOR

Dear DARLENE INEZ TRAINOR

In order to change the beneficiary of your policy/certificate, please provide the information requested below, make a copy of this form for your records, and return the completed form.

BENEFICIARY CHANGE REQUEST
I, the undersigned policyowner, do hereby request the Company to revoke all prior beneficiary designations and optional methods of settlement, if any, and change the beneficiary of said policy as follows: Primary Beneficiary (or Beneficiaries), if living;

| Name | Relationship | Street Address, City, State, Zip |
|---|---|---|
| Robert Yurik | Boy Friend | 13435 Countyline Ch. Rd, Woodford VA phone 540-538-1352 22580 |
| Ernestine Allen Phillips | Sister | Sister phone 1-903-896-6963 texas 2665 Fm 2068 Klondike Tx 75448 |
| Katy LE | Daughter | 112 parsiell ave St Clairville Phone 1-740-695-6047 Zip 43150 ohio |

The provisions in the Beneficiary Change take precedence over any printed provisions in the policy which establish a beneficiary. Unless otherwise provided above, the proceeds shall be paid in a lump sum. When more than one primary beneficiary is named, payment shall be made share and share alike, to survivors or survivor, unless otherwise provided above. This also applies when more than one Contingent Beneficiary is named. If no beneficiary survives the insured, the policy proceeds will be paid to the insured's estate. I hereby request, and by recording this instrument the Company hereby agrees, that any provision of the policy requiring the policy to be submitted to the Company for endorsement of change of beneficiary thereon be waived. The designation of the new beneficiary, (or beneficiaries) shall become effective as of the date of the request for such change, provided, however, the request must be first received and recorded by the Company. Any payment made by the Company prior to such receipt and recording shall constitute proper, whole and absolute payment and shall discharge the Company from liability. If a trust or trustee beneficiary is named, the Company may make payment to the trust or the trustee without having to determine whether a trust is in effect, and shall not be required to look after the application of the proceeds in the hands of the trust or the trustee.

I understand that this Beneficiary Change, after it has been recorded by the Company, will take effect as of the date I signed the request. I further understand and agree that any payment made prior to the receipt and recording of this Beneficiary Change will be affected.

DEC 18 2002

| Signature of Primary Insured | Date | Signature of Spouse | Date |
|---|---|---|---|
| Darlene T Trainor | 12-12-02 | NONE | Dec 12, 2002 |

CSZB

BEST AVAILABLE ISSUE on Health

**Policy 0525**

Home Office: Rutland, VT.
Administrative Office:
2700 W. Plano Parkway
Plano, T. 75075

JCPenney Life Insurance Company

# APPLICATION
## FOR THE WHOLE LIFE PAID-UP-AT-85 PLAN

Policy Amount: $ 10,000

1. Full Name DARLENE *Inez* TRAINOR
2. Date of Birth 10 / 01 / 42    MONTH DAY YEAR    3. Sex ☐ Male ☒ Female
4. Address P O Box 235    Gary,    TX 75643    5. Telephone 903 693-9401  AREA CODE - NUMBER
6. Occupation Housewife    7. Height 5' 3" Ft. In.    8. Weight 130 LBS    9. Birth Place Dallas Tex
10. Beneficiary Joseph R Trainor    Relationship Spouse
11. Family Doctor Keith Keeling    Address 713 W Ouida Carthage Tx 75633

To the best of your knowledge and belief, have you

A. had any medical or surgical advice, examination or treatment for any disorder, injury or sickness during the past 5 years, or now have any impairment, deformity or disease diagnosed by a licensed physician? ........... Yes ☐ No ☒

B. ever received medical or surgical advice, examination or treatment for blood pressure, heart condition, diabetes, cancer or malignancy, alcoholism, drug habit, lung disease, nervous or mental disorder, liver disorder, sexually transmitted disease, digestive or intestinal disorder or blood disorder? ........... Yes ☐ No ☒

C. ever received medical diagnosis or treatment for AICS, AIDS Related Complex (ARC), immuno-deficiency disorder or tested positive on an AIDS-related blood test? ........... Yes ☐ No ☒

D. had any application for Life, Accident or Sickness insurance declined, cancelled, postponed or modified? ........... Yes ☐ No ☒

E. Will this policy replace or change any life insurance or annuity policy you now carry? ........... Yes ☐ No ☒
If answer is "yes," to any of the above questions, please supply complete details. Include name, address, and date for any doctors consulted.

If more space is needed, attach a separate sheet of paper and check the box ☐

........... Yes ☒ No ☐

• I select automatic premium loan. ...........
• I understand the policy issuance is based on all statements and answers above, and I affirm they are complete and true to the best of my knowledge and belief.
• If accepted, I understand the policy is not effective until the effective date specified in the policy.

I authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, consumer reporting agency (CRA), insurance support organization (ISO), or the Medical Information Bureau (MIB) to give J.C. Penney Life Insurance Company (company), its reinsurers or insurance affiliation, any information it has in its records on me or any member of my family to use for underwriting insurance. The company may disclose information to MIB and except for information received from MIB, to any CRA, ISO, or to any life insurance company to whom I apply for insurance or request benefits. This authorization shall be as valid as the original, and valid for two years from the date of this application. A photocopy of this authorization shall be as valid as the original, and a copy is available to me or the applicant on request. I have received and read the Medical Information Bureau Notice accompanying this application.

Applicant's Signature X _Darlene I Trainor_    Date X _____

Person to be insured must sign if 18 or older.    | For Company Use Only   Licensed Agent

RA 010

In signing the application above, I authorize J.C. Penney Company, Inc. to advance to J.C. Penney Life Insurance Company amounts equal to the premiums becoming due under the policy applied for and to charge such amounts with my JCPenney Credit Account. I agree to pay such amounts in full when billed. However, by enclosing the first month's premium, I only authorize the J.C. Penney Life Insurance Company to bill me directly for future monthly premiums becoming due.

Place the checker on the billing option you choose

CR493

**YES** | Bill me monthly with my JCPenney Credit Account

**OR**

**YES** | Bill me directly. Enclosed is my first month's premium.

CR393 / 01

My JCPenney Credit Account number is:
☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

| 10646 | 930413 I |

RJ012744-92